AO 93C (08/18) Warrant by Telephone or Other Reliable Electronic Means (Page 2)

| Return | | |
|---|---|---|
| Case No.:<br>3:21-mj-00307 | Date and time warrant executed:<br>August 17, 2021  12:36 PM | Copy of warrant and inventory left with: |
| Inventory made in the presence of : | | |
| Inventory of the property taken and name(s) of any person(s) seized:<br><br>Digital download of the cellphone's contents | | |

### Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 11/12/2021

*Executing officer's signature*

Kyle G. Metz, Task Force Officer
*Printed name and title*